UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

———

ANDREW PAUL GERONIMI,

        Plaintiff,

v.

DICKINSON COUNTY SHERIFF'S OFFICE,

        Defendant.

_____/

Case No. 2:22-cv-230

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   December 21, 2022            /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               United States District Judge